ORIGINAL

FILED

12/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0709

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0709

HARLAN GERALD VASKA,

Petitioner,

v.

WARDEN GODFREY,
CROSSROADS CORRECTIONAL FACILITY,

Respondent.

NUNC PRO TUNC
ORDER

FILED

DEC 1 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

In a December 11, 2024 Order, this Court incorrectly stated that Harlan Gerald Vaska had an appeal of a 2017 sentence upon revocation. His appeal is for a 2021 matter and is unrelated to his instant Petition. Self-represented Petitioner Harlan Gerald Vaska has filed a Petition for Writ of Habeas Corpus, indicating that his sentence is illegal because it is longer than the law allows. He requests elapsed time credit from September 23, 2015 to June 22, 2017, the date of his sentence upon revocation. Upon review, therefore, we deem it appropriate to require a response to his Petition.

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to: counsel of record; Joshua James Thornton, Assistant Appellate Defender; James A. Lapotka, Lake County Attorney; Cori Losing, Assistant Attorney General; and Harlan Gerald Vaska personally.

DATED this 13th day of December, 2024.

_____
Justice